AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TIMOTHY HOWARD and
Jennifer Howard
V.

NEW CENTURY MORTGAGE CORP.

**SUMMONS IN A CIVIL CASE**

CASE NU[redacted] 05 176S

TO: (Name and address of Defendant)

NEW CENTURY MORTGAGE CORPORATION
C/o: CT CORPORATION SYSTEM
10 WEYBOSSET STREET
PROVIDENCE, RI 02903- USA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P. O Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/20/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 27, 2005 |
| NAME OF SERVER (PRINT) Thomas Nowak | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: New Century Mortgage

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): A-F-S. CT Corporation 10 Weybosset St. Providence RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/27/05 (Date) [signature] (Signature of Server)

P.O. Box 114126 No. Providence R.I. (Address of Server)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED 2005 JUN 10 P 2:56