UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY HOWARD, ET AL.

v. C.A. No. 05-176S

NEW CENTURY MORTGAGE

**SHOW CAUSE ORDER**

On or before **September 14, 2005**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/30/05