SCANNED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**TIMOTHY HOWARD AND JENNIFER HOWARD,**

**Plaintiffs,**

**v.**

**NEW CENTURY MORTGAGE CORPORATION,**

**Defendant.**

**C.A. NO. 05-176-S**

**ANSWER OF NEW CENTURY MORTGAGE CORPORATION TO PLAINTIFF'S COMPLAINT**

Now comes New Century Mortgage Corporation (hereinafter "New Century") and answers the complaint as follows:

**INTRODUCTION**

1. This is an introductory paragraph to which no response is required.

**JURISDICTION AND VENUE**

2. Admitted.

3. Admitted.

**PARTIES**

4. Admitted.

5. New Century admits is address, but denies that it is the present owner and holder of the mortgage at issue.

6. Admitted.

7. Admitted.

8. New Century admits that it engages in subprime lending but denies the allegation that its business consists of "targeting persons who have or who believe they have impaired credit."

## FACTS

9. New Century admits the loan secured by the residence, and believes that all of the proceeds were used as debt consolidation and for personal, family, or household purposes.

10. Denied. See attached Affidavit of Mortgage Loan Closer, Right Cancel Calendar, and Notice of Right To Cancel, which evidence compliance with the rescission notice requirements of the law.

11. New Century admits that the loan was subject to a 3-day right of rescission, which right was lawfully provided to the borrowers.

12. Denied.

13. New Century admits that the Plaintiffs exercised what they purport to be their lawful right of rescission, but deny that they have a right to rescind since proper notice was provided.

14. New Century admits to receipt of the purported rescission notice but deny that it is obligated to rescind the loan.

## COUNT 1

## TRUTH IN LENDING ACT VIOLATIONS

15. New Century repeats and reasserts its responses to paragraphs 1 through 14.

16. Denied.

17. Paragraph 17 is a statement of the law, which law speaks for itself.

18. New Century denies its failure to appropriately respond.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

This court lacks subject matter jurisdiction over this action.

### THIRD AFFIRMATIVE DEFENSE

The complaint must be dismissed for insufficiency of process.

### FOURTH AFFIRMATIVE DEFENSE

The complaint must be dismissed for insufficiency of service of process.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's delay in commencing suit is inexcusable and has resulted in prejudice to New Century so substantial that the doctrine of laches bars its claims.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of *res judicata*.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of *collateral estoppel*.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

TENTH AFFIRMATIVE DEFENSE

If plaintiff suffered any damages, which are denied, then those damages were caused by a person or persons for whose actions New Century cannot be held liable.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred due to a failure of consideration.

TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of frauds.

THIRTEENTH AFFIRMATIVE DEFENSE

New Century reserves the right to amend this filing to assert any and all applicable affirmative defenses which discovery may reveal appropriate.

**WHEREFORE,** Defendant, New Century Mortgage Corp. requests that this Court:

1. Deny Plaintiff's request for judgment;
2. Award Defendant, New Century Mortgage Corp. its costs of defense, including its attorney's fees; and
3. Award Defendant, New Century Mortgage Corp. such further relief as the Court may deem just and equitable.

**NEW CENTURY MORTGAGE CORP.**
By its Attorney,

David M. Rosen
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

September 9 , 2005