**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TIMOTHY HOWARD )
JENNIFER HOWARD )
Plaintiffs, )
) C.A. 05-176-S
v. )
)
NEW CENTURY MORTGAGE CORPORATION )
Defendant. )
)

**RESPONSE TO ORDER TO SHOW CAUSE**

Over the past several months the undersigned has spent a great deal of time with in house counsel for the Defendant in an attempt to resolve the matter short of protracted and costly litigation. Unfortunately the parties have reached an impasse which resulted in the Defendant filing an answer in the case. Accordingly, it is respectfully suggested that the Court withdraw the Order to Show Cause and allow the case to proceed.

Respectfully submitted,

Christopher M. Lefebvre #4019
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**CERTIFICATION**

A copy of the above was mailed to David Rosen Esquire, c/o Harmon Law Offices PO Box 610389 Newton Highlands, MA 02461-0389 on this 14th day of September 2005.