IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2006
U.S. District Court, District of Rhode Island

| | | |
|---|---|---|
| **TIMOTHY HOWARD** **JENNIFER HOWARD,** **Plaintiffs,** | ) | |
| **v.** | ) | **C.A. No. 05-176-S** |
| **NEW CENTURY MORTGAGE CORP.,** **Defendant.** | ) | |

**DISMISSAL STIPULATION**

Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiffs hereby dismiss their complaint against the Defendant, New Century Mortgage Corporation with prejudice.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/27/06

Timothy Howard
Jennifer Howard
By their attorney,

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that I mailed a copy of the within to David M. Rosen, Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389 on this 16th day of February, 2006.